IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEE ANN O'KAIN, ) | Civil Action No. 10-740 |
| Plaintiff, ) | |
| ) | JUDGE GARY L. LANCASTER |
| v. ) | |
| ) | |
| CORNELL COMPANIES, INC. and ) | |
| THE GEO GROUP, INC. ) | |
| ) | |
| Defendants. ) | |

**STIPULATION**

AND NOW come Plaintiff and Defendant Cornell Companies, Inc. and stipulate to the voluntary dismissal of Count III of Plaintiff's Complaint without prejudice to refile. Plaintiff and Cornell Companies, Inc. further stipulate to the voluntary removal of the GEO Group, Inc. from the caption of the case, without prejudice to rejoin said defendant.

/s/ Peter J. Ennis
Peter J. Ennis, Esquire
Buchanan Ingersoll & Rooney, P. C.
One Oxford Centre, 20th Floor
301 Grant Street
Pittsburgh, PA 15214-1410
Counsel for Cornell Companies, Inc.

/s/ Susan E. Mahood
Susan E. Mahood, Esquire
Pa. I. D. #50024
1600 Law & Finance Building
429 Fourth Avenue
Pittsburgh, PA 15219
(412) 281-1444
Counsel for Plaintiff

SO ORDERED, this 25 day of June, 2010.

_____, C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge