IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEE ANN O'KAIN, | No. 10-00740 |
| Plaintiff, | |
| v. | Judge Gary L. Lancaster |
| CORNELL COMPANIES, INC. | *Electronically Filed* |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Lee Ann O'Kain, and Defendant, Cornell Companies, Inc., by and through their respective counsel, stipulate and agree that pursuant to Fed. R. Civ. P. 41(a)(1) the complaint and this action are dismissed with prejudice.

| | |
|---|---|
| */s/ Susan E. Mahood* | *s/ Shelly R. Pagac* |
| Susan E. Mahood (PA 50024) | Peter J. Ennis (PA 45754) |
| susanemahood@yahoo.com | peter.ennis@bipc.com |
| 429 Fourth Avenue | Shelly R. Pagac (PA 63327) |
| 16th Floor, Law & Finance Building | shelly.pagac@bipc.com |
| Pittsburgh, PA 15219 | BUCHANAN INGERSOLL & ROONEY PC |
| Telephone: 412-281-1444 | One Oxford Centre |
| Attorneys for Plaintiff | 301 Grant Street, 20th Floor |
| | Pittsburgh, PA 15219-1410 |
| | Telephone: 412-562-8800 |
| | Attorneys for Defendant |

Dated: February 15, 2011

SO ORDERED, this 22 day of February, 2011.

_____, C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge